UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ALVAREZ, | NO. CV 07-7647 GAF (FFM)) |
| Petitioner, | ORDER ADOPTING FINDINGS, CONCLUSIONS AND |
| v. | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| W. J. SULLIVAN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action on the merits with prejudice.

DATED: May 4, 2011

_____
GARY A. FEESS
United States District Judge