UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUSTAVO ALVAREZ, | NO. CV 07-7647 GAF (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| W. J. SULLIVAN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 4, 2011

GARY A. FEESS
United States District Judge